Bernard Weissbourd, for appellant; John J. Mortimer, Acting Corporation Counsel, for appellees; L. Louis Karton, Head of Appeals and Review Division, and Harry H. Pollack, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE TUOHY. Not to be published in full. Opinion filed January 29, 1951; released for publication March 2, 1951.

In re Estate of Sophia M. Franke, Deceased.
Tillie Buesser, Appellant, v. Harry F. Hemphill, Administrator with Will Annexed of Estate of Sophia M. Franke, Deceased, Appellee.

Term No. 50–0–5.

Wilbur A. Trares, for appellant; Eldon M. Durr and Jesse R. Brown, for appellee. Opinion by JUSTICE BARDENS. Not to be published in full. Opinion filed January 31, 1951; released for publication February 28, 1951.

Ellis Croach, Plaintiff In Error, v. People of State of Illinois, Defendant in Error.

Term No. 50–0–8.